JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL COVARRUBIAS, as an individual and on behalf of other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>HATHAWAY DINWIDDIE CONSTRUCTION CO., a California corporation, HATHAWAY DINWIDDIE CONSTRUCTION GROUP, a California corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.   2:21-cv-05037-MCS-PVC<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

The Court having reviewed the parties' Stipulation, and good cause appearing, orders that this action is dismissed without prejudice, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: August 25, 2021

*Mark C. Scarsi*
Hon. Mark C. Scarsi,
United States District Court

- 1 -